*E-Filed 12/28/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EDWARD SCOTT,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN DOES,<br><br>            Defendants. | No. C 11-5727 RS (PR)<br><br>**ORDER EXTENDING TIME TO FILE AN IN FORMA PAUPERIS APPLICATION AND A CIVIL RIGHTS COMPLAINT** |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff's motion to extend time to file an application to proceed *in forma pauperis* ("IFP") is GRANTED. (*See* Docket No. 4.) Time is also extended for plaintiff to file a civil rights complaint. Plaintiff shall file a complete IFP application **and** a civil rights complaint on or before March 15, 2012. **No further extensions of time to file either document will be granted.** Failure to file an IFP application **and** a complaint on or before March 15, 2012 will result in the dismissal of this action, without further notice to plaintiff, for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk shall terminate Docket No. 4.

**IT IS SO ORDERED**.

DATED: December 27, 2011

                                                                    _____
                                                                    RICHARD SEEBORG
                                                                    United States District Judge

No. C 11-5727 RS (PR)
ORDER EXTENDING TIME