*E-Filed 2/24/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES EDWARD SCOTT,            No. C 11-5727 RS (PR)

      Plaintiff,                       **ORDER OF DISMISSAL**

  v.

JOHN DOE,

      Defendant.
                                  /

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Pursuant to plaintiff's notice of voluntary dismissal (Docket No. 7), this action is dismissed. *See* Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: February 24, 2012

                                                    RICHARD SEEBORG
                                                    United States District Judge