*E-Filed 8/20/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EDWARD SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant. | No. C 11-5727 RS (PR)<br><br>**ORDER DENYING MOTION TO REOPEN ACTION** |

This closed federal civil rights action was dismissed pursuant to plaintiff's notice of voluntary dismissal. Plaintiff has sent a letter (Docket No. 10) which the Court construes as a motion to reopen the action. So construed, the motion is DENIED. Any motion to reopen must contain a complaint, a document plaintiff never filed in this action, though the Court had instructed him to do so.

**IT IS SO ORDERED**.

DATED: August 20, 2012

RICHARD SEEBORG
United States District Judge